FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __MARK SMITH     MN6346__
    (Name of Plaintiff)   (Inmate Number)

__660 State Route 11 Hunlock Creek__
(Address) __PA 18621__

(2) _____
    (Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

__18-131__
(Case Number)

vs.

(1) __John Wetzel__

(2) __Vincent E. Mooney__

(3) __Melissa Myers__
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

FILED
SCRANTON

JAN 1 8 2018

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS

                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.    PREVIOUS LAWSUITS

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

        __N/A__

1

Section 1, cont.

1. imposed sentence of 1-3 years to a 1-6 years. Smith has utilized the proper Greivance system which were all denied accept for John Wetzel, who is in default because he refuses to answere smiths Greivances and appeals, on the premise that smith is confined illegally. Greivances sent in Oct. and Dec.

Section 2 cont

2. As well, Mooney is the superintendant for SCI-Retreat. Smith asserts that Mooney is violating the 8th amendment under cruel and unusual punishment. due to his illegal confinement.

Section 3 cont

3. to a 1-6 years and that Ms. Myers Aggregated smiths sentence through the department of correction. Myers Certified and closed smiths paperwork on June 17, 2016, in which was in fact 2 years since smiths sentence on June 9, 2014

cont.

Section 3 cont

3. Myers claimed on July 19, 2017 PCRA hearing for Smith, that she has extended Smith's sentence due to the parole act, which is on court record. Smith ascertains that the calculations made by Myers was infact illegal and didn't have a right to extend the judges sentence of 1-3 years to a 1-6 years and for Smith to be freed from jail on February 10, 2019.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? _I used the Grievance and Appeals system at SCI-Retreat_

2. What was the result? _All of my Grievances and Appeals were denied_

D. If your answer to "B" is No, explain why not: _N/A_

## III. DEFENDANTS

(1) Name of first defendant: _John Wetzel_
Employed as _Secretary_ at _Department of Corrections_
Mailing address: _1520 Technology Parkway Mechanicsburg PA 17050_

(2) Name of second defendant: _Vincent E. Mooney_
Employed as _Warden_ at _SCI-Retreat_
Mailing address: _660 State Route 11 Hunlock Creek PA 18621_

(3) Name of third defendant: _Melissa Myers_
Employed as _Records specialist_ at _Department of Corrections_
Mailing address: _1920 Technology Parkway Mechanicsburg PA 17050_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _John Wetzel has been notified on several occassions that Smith is being imprisoned illegally and that the Department of_

2

corrections did aggregate smiths judicially

2. Vincent Mooney was also grieved on several occasions and he has denied that smith is being illegally imprisoned since February 10, 2017. Any appeals have never been answered

3. Melissa Myers a Records specialist for the department of correction is the person that calculated smith sentence passed his original Judicially imposed sentence from a 1-3 years

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Smith would like his complaint to be heard in the civil manner and because the Department of corrections to release him was not an issue at his pcra hearing.

2. Smith is in prison illegally and would like to be compensated for his illegal imprisonment under the 8th amendment under cruel and unusual punishment.

3. Smith is on a Resident Therapy unit and feels that stress and depression has set in due to his illegal sentence and to sue the D.O.C. for aggregating his sentence.

3

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_1\_\_\_ day of \_\_\_13_____, 20_18_.

_____
(Signature of Plaintiff)

MARK SMITH
660 State Route 11
Hunlock Creek, PA 18621

RECEIVED
SCRANTON
JAN 18 2018
PER _____ DEPUTY CLERK

INMATE MAIL-PA
DEPT. OF CORRECTIONS

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg
and U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148


U.S. POSTAGE
ZIP 18621
02 1W
0001402980