IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SMITH, | Civil No. 3:18-cv-131 |
| Plaintiff | (Judge Mariani) |
| v. | |
| JOHN WETZEL, VINCENT E. MOONEY, MELISSA MYERS, | |
| Defendants | |

FILED SCRANTON
JAN 29 2018
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 29th day of January, 2018, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The application (Doc. 2) to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action.

2. The complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge